CITY AND COUNTY OF HONOLULU, Appellant, *v*. PUBLIC UTILITIES COMMISSION and HAWAIIAN TELEPHONE COMPANY, Appellees

No. 5278

September 12, 1972

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* On April 20, 1972, appellant filed a petition for rehearing. On May 25, 1972, this court ordered the parties to file additional briefs covering issues specifically stated in said order. We granted a rehearing on August 29, 1972.

We are of the opinion that the Petitioner has failed to sustain its argument that the opinion of this court heretofore rendered should be reversed.

*Gaylord Virden*, Deputy Corporation Counsel, for appellant City and County of Honolulu, for the petition.

*Marshall M. Goodsill (Jenks, Kidwell, Goodsill & Anderson* of counsel) for appellee Hawaiian Telephone Company, contra.